# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-po-00094-SAB |
|---|---|
| Plaintiff, | ORDER TO REFUND PAYMENT TO DEFENDANT |
| v. | |
| LISA BAIRD, | |
| Defendant. | |

On July 31, 2019, a citation was filed in this action which charged Defendant Lisa Baird with a violation of 36 C.F.R. § 327.2(b), Parking in Violation of Posted Restrictions. (ECF No. 1.) On August 15, 2019, the Government dismissed the charges against Defendant. On August 17, 2019, Defendant paid the fine of $130.00. (ECF No. 3.) As the citation has been dismissed, Defendant shall be refunded the payment of $130.00.

Accordingly, IT IS HEREBY ORDERED that Lisa Baird be refunded the payment of one hundred thirty dollars ($130.00).

IT IS SO ORDERED.

Dated: August 22, 2019

STANLEY A. BOONE
United States Magistrate Judge

1